IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION
No.B-01-195

United States District Court
Southern District of Texas
FILED

DEC 0 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | FORMERLY |
| PETITONER | § | [USDC, SD TX, BROWNSVILLE] |
| | § | [CIVIL NO. B-99-044 |
| V. | § | [CAPITAL LITIGANT] |
| UNITED STATES OF AMERICA | § | |
| RESPONDENT | § | |

## MOTION FOR APPOINTMENT OF COUNSEL

Mr. Warner and Mr. Sergi, Counsel for **JESUS LEDESMA AGUILAR**, move the United States District Court for the Southern District of Texas, Brownsville Division, to appoint counsel for **JESUS LEDESMA AGUILAR** to file an application for Writ of Habeas Corpus pursuant to 28 §USC 2255. The Court has authority to appoint counsel pursuant to 28 U.S.C.848q. They would show the Court:

I.

**JESUS LEDESMA AGUILAR** was indicted, tried, and convicted in a 107th District Court, Cameron County Texas, for "all counts" Capital Murder and sentenced to Death . The style and number in the trial court was <u>STATE V. JESUS LEDESMA AGUILAR,</u> 107th District Court, Cameron County TX, Cause No. 95-Cr-1088-A.

II.

**JESUS LEDESMA AGUILAR** was originally found eligible for appointment of counsel by the United States District Court. Mr. Ledesma Aguilar is presently in custody of the Texas Department of Corections. Mr. Ledesma Aguilar remains indigent, he has no money.

III.

The Trial Court originally appointed Mr. Warner and Mr. Sergi to represent **Jesus Ledesma Aguilaar** on Motion Attacking Sentence, pursuant to 28 USC 2255. The Court of Appeals appointed Mr. Warner Additional counsel is David Sergi, 104 East Hopkins, Suite 200; San Marcos, TX 788666. Mr. Warner and Mr. Sergi represented him on subsequent State Habeas Corpus by appointment. Mr.Ledesma Aguilar is a pauper and cannot afford the costs of this Motion.

IV.

Accordingly, Mr. Warner files this Motion requesting that the United States District Court appoint counsel to seek Habeas Corpus pursuant to 28 USC 2255. He wishes to raise the following issues: those raised on his initial motion attacking sentence before this Court as well as those raised in his subsequent State Writ, of which the court would please take judicial notice. FED.R.EVID.201(b)

CONCLUSION AND REQUEST FOR RELIEF

The United States District Court for the Southern District of Texas, Brownsville Division, the division where the trial took place, should appoint counsel to seek relief for **Jesus Ledesma Aguilar** in the Courts of the United States.

Respectfully Submitted,

*Larry Warner* (signature)

Larry Warner
Attorney at Law
777 E. Harrison Street
Brownsville, Texas  78520
(210)542-4784 FAX (210)544-5234
State Bar # 20871500
FEDERAL ID # 1230

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION
No.01-195

| | | |
|---|---|---|
| **JESUS LEDESMA AGUILAR,** | § | FORMERLY |
| **PETITONER** | § | [USDC, SD TX, BROWNSVILLE] |
| | § | [CIVIL NO. B-99-044 |
| **V.** | § | [CAPITAL LITIGANT] |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| **RESPONDENT** | § | |

CERTIFICATE OF SERVICE

    I certify that I mailed a true and correct copy of **MOTION FOR APPOINTMENT OF COUNSEL and Order** granting **MOTION FOR APPOINTMENT OF COUNSEL** on the above referenced case to which this certificate is attached by U.S. Postal service to:

Attorney of Attorney General
Katherine Hayes
Capital Litigation Division
P.O. Box 12548
Capitol station Austin TX 78711

this December 6 , 2001

*/s/ Larry Warner*
Larry Warner

Page -4-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION
No.B-01-195

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | FORMERLY |
| PETITONER | § | [USDC, SD TX, BROWNSVILLE] |
| | § | [CIVIL NO. B-99-044 |
| V. | § | [CAPITAL LITIGANT] |
| | § | |
| UNITED STATES OF AMERICA | § | |
| RESPONDENT | § | |

**ORDER**

1. MOTION FOR APPOINTMENT OF COUNSEL is Granted.

2. The Court appoints <u>Mr. Warner and Mr. Sergi</u> To seek Habeas for the prisoner pursuant to 28 USC §2255

Done at Brownsville this _____ day of _____,2001.

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES MAGISTRATE JUDGE