3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION
No.B-01-195**

United States District Court
Southern District of Texas
ENTERED

**DEC 1 9 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **JESUS LEDESMA AGUILAR,** | § | **FORMERLY** |
| **PETITONER** | § | **[USDC, SD TX, BROWNSVILLE]** |
| | § | **[CIVIL NO. B-99-044** |
| **V.** | § | **[CAPITAL LITIGANT]** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| **RESPONDENT** | § | |

**ORDER**

1.   MOTION FOR APPOINTMENT OF COUNSEL is  Granted.

2.   The Court appoints <u>Mr. Warner and Mr. Sergi</u>  To seek
     Habeas for the prisoner pursuant to 28 USC §2255

Done at Brownsville this ___17th___ day of _December_2001.

_____
UNITED STATES DISTRICT JUDGE


_____
UNITED STATES MAGISTRATE JUDGE

Page -5-