**CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)**

| 1 CIR./DIST./DIV. CODE | 2 PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| TXS BR | JESUS LEDESMA AGUILAR | |

| 3 MAG. DKT./DEF NUMBER | 4 DIST DKT./DEF NUMBER | 5 APPEALS DKT./DEF. NUMBER | 6 OTHER DKT NUMBER |
|---|---|---|---|
| | 1:01CV195 | | |

| 7 IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| JESUS LEDESMA AGUILAR VS COCKRELL | ☐ Adult Defendant ☐ Appellant ☐ Other<br>X Habeas Petitioner ☐ Appellee | X D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C § 2255 (Capital)<br>☐ D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

10 OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*

28 U.S.C. 2254

11 ATTORNEY'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS

Larry Warner
Attorney at Law
777 E. Harrison St
Brownsville, TX 78520

Telephone Number 956/542-4784

13 NAME AND MAILING ADDRESS OF LAW FIRM (*Only provide per instructions*)

United States District Court
Southern District of Texas
FILED
DEC 17 2001
Michael N. Milby, Clerk of Court

12 COURT ORDER

X O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel ☐ Y Standby Counsel

Prior Attorney's Name: _____ Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case

(B) The attorney named in Item 11 is appointed to serve as: ☒ LEAD COUNSEL ☐ CO-COUNSEL

Name of Co-Counsel or Lead Counsel: _____ Appointment Date: _____

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel)

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order

*[signature]*

Signature of Presiding Judicial Officer or By Order of the Court

December 17, 2001
Date of Order                    Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment
☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING |
|---|---|---|---|---|
| a ☐ Pre-Trial | e ☐ Appeal | g ☐ Habeas Petition | k ☐ Petition for the U.S. Supreme | l ☐ Stay of Execution  o ☐ Other |
| b ☐ Trial | f ☐ Petition for the U.S. Supreme Court | h ☐ Evidentiary Hearing | Writ of Certiorari | m ☐ Appeal of Denial of Stay |
| c ☐ Sentencing | Writ of Certiorari | i ☐ Dispositive Motions | | n ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay |
| d ☐ Other Post Trial | | j ☐ Appeal | | |

| HOURS AND COMPENSATION CLAIMED | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| 15 CATEGORIES (*Attach itemization of services with dates*) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| a In-Court Hearings (RATE PER HOUR = $    ) | | | | IN COURT TOTAL Category a | IN COURT TOTAL Category a |
| b Interviews and Conferences with Client | | | | | |
| c Witness Interviews | | | | | |
| d Consultation with Investigators & Experts | | | | | |
| e Obtaining & Reviewing the Court Record | | | | | |
| f Obtaining & Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j |
| g Consulting with Expert Counsel | | | | | |
| h Legal Research and Writing | | | | | |
| i Travel | | | | | |
| j Other (*Specify on additional sheets*) | | | | | |
| TOTALS Categories b thru j (RATE PER HOUR =    ) | | | | | |

**CLAIM FOR TRAVEL AND EXPENSES** (*Attach itemization of expenses with dates*)

| 16 | Travel Expenses (*lodging, parking, meals, mileage, etc*) | | | | |
|---|---|---|---|---|---|
| 17 | Other Expenses (*other than expert, transcripts, etc.*) | | | | |

**GRAND TOTALS (CLAIMED AND ADJUSTED):**

| 18 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|
| TO: _____ | | |

21 CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (*compensation or anything of value*) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney _____                    Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 22 IN COURT COMP | 23 OUT OF COURT COMP | 24 TRAVEL EXPENSES | 25 OTHER EXPENSES | 26 TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 27 SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 27a JUDGE CODE |
|---|---|---|
| | | |