

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION
No. B-01-195

United States District Court
Southern District of Texas
FILED

JAN - 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JESUS LEDESMA AGUILAR,** | § | [FORMERLY |
| PETITONER | § | USDC, SD TX, BROWNSVILLE |
| | § | CIVIL NO. B-99-044 |
| V. | § | CAPITAL LITIGANT] |
| **JANIE COCKRELL, DIRECTOR, TEXAS** | § | |
| **DEPARTMENT OF CRIMINAL JUSTICE,** | § | |
| **INSTITUTIONAL DIVISON** | § | |
| RESPONDENT | | |

## MOTION TO AMEND ORDER

Counsel submitted an order appointing Counsel.

The Court granted the order on 12/17/01.

The Order submitted provides that counsel are to seek relief pursuant to 28 USC 2255. It should provide that they are to seek relief pursuant to 28 USC 2254, since Petitioner is a state prisoner seeking relief from a state court judgment.

Mr. Warner apologizes for the imprecision in the order submitted.

The Court should amend the order to provide that counsel are to seek relief pursuant to 28 USC 2254, since Petitioner is a state prisoner seeking relief from a state court judgment.

### Conclusion and request for relief

The Court should amend the Order to provide that counsel are to seek relief pursuant to 28 USC 2254, since Petitioner is a state prisoner seeking relief from a state court judgment.

Respectfully Submitted,

Larry Warner
Attorney at Law
777 E. Harrison Street
Brownsville, Texas 78520
(210)542-4784 FAX (210)544-5234
State Bar # 20871500
USDC,SDTX #1230

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION
No.B-01-195

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | [FORMERLY |
| PETITONER | § | USDC, SD TX, BROWNSVILLE |
| | § | CIVIL NO. B-99-044 |
| V. | § | CAPITAL LITIGANT] |
| JANIE COCKRELL, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISON | § | |
| RESPONDENT | | |

### CERTIFICATE OF SERVICE

I certify that I mailed a true and correct copy of **MOTION TO AMEND ORDER AND ORDER** on the above referenced case to which this certificate is attached by U.S. Postal service to:

Assistant Attorney General
Katherine Hayes
Capital Litigation Division
P.O. Box 12548
Capitol Station Austin TX 78711


this January 2, 2002

_____
Larry Warner

2