IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION
No. B-01-195

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | [FORMERLY |
| PETITONER | § | USDC, SD TX, BROWNSVILLE |
| | § | CIVIL NO. B-99-044 |
| V. | § | CAPITAL LITIGANT] |
| JANIE COCKRELL, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISON | § | |
| RESPONDENT | | |

## ORDER

1.   MOTION TO AMEND ORDER GRANTED.

2.   The Court appoints <u>Larry Warner and David Sergi</u> to seek Habeas for the Petitioner pursuant to 28 USC 2254.

Done at Brownsville this _8th_ day of _January_, 2002

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES MAGISTRATE JUDGE

3