8

OFFICE OF THE ATTORNEY GENERAL STATE OF TEXAS
JOHN CORNYN

MAIL

United States District Court
Southern District of Texas
~~RECEIVED~~ Filed
JAN 29 2002
12:17 PM
Michael N. Milby, Clerk

January 24, 2002

The Honorable Michael N. Milby, Clerk
United States District Court
Southern District of Texas, Brownsville Division
600 E. Harrison, #101
Brownsville, Texas 78520

**ATTN: OLIVIA**

Re: *Jesus Ledesma Aguilar v. Janie Cockrell,* Civil Action No. B-01-195;
*Jesus Ledesma Aguilar v. Gary Johnson*, Civil Action No. B-99-044

Dear Mr. Milby:

On November 26, Aguilar, a Texas death row inmate, filed his federal habeas application with this Court (No. B-01-195). Aguilar had previously filed a federal habeas petition (No. B-99-044) which was dismissed on June 20, 2000, so that Aguilar could pursue a successive state habeas petition. When Aguilar's previous case was pending, the Director provided the Court with copies of all direct appeal and state writ records.

**Now that Aguilar has returned to federal court, instead of re-copying all the state court records for Cause No. B-01-195, we ask that the Court utilize the state court records previously filed in No. B-99-044.** If this is not possible, please contact our office and we will provide another copy of all the records. In addition, the state habeas records pertaining to Aguilar's second state writ (*Ex parte Aguilar*, No. 36,142-02) were file-stamped by this Court on December 10, 2001, and filed in the instant case.

**Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed self-addressed envelope.** By copy of this letter, I am forwarding a copy of the same to the counsel for Petitioner. Thank you for your kind assistance in this matter.

The Honorable Michael N. Milby, Clerk
January 24, 2002
Page 2 of 2

                        Sincerely yours,

                        KATHERINE D. HAYES
                        Senior Assistant Attorney General
                        Capital Litigation Division
                        (512) 936-1600

KDH/jgw
cc:   Mr. Larry Warner
       777 E. Harrison Street, Second Floor
       Brownsville, Texas 78520

       Mr. David Sergi
       Sergi & Associates, P.L.L.C
       109 East Hopkins, Suite 200
       San Marcos, Texas 78666