IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, Petitioner, | § § § | |
| v. | § § | C.A. NO. B-01-195 |
| JANIE COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division Respondent. | § § § § § | |

## ORDER

Jesus Ledesma Aguilar ("Petitioner"), a prisoner sentenced to death, has filed a federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket Entry No. 1). On March 4, 2002, Petitioner filed a supplement to his habeas petition. (Docket Entry No. 9). Summary dismissal is not warranted. Respondent is **ORDERED** to file an answer or other responsive pleading within sixty (60) days after entry of this Order. If at any time respondent files a motion for summary judgment or a motion to dismiss, Petitioner is **ORDERED** to file a response to that motion within sixty (60) days.

The Clerk will provide copies of this Order to the parties.

DONE at Brownsville, Texas this 26TH day of June, 2002.

John Wm. Black
UNITED STATES MAGISTRATE JUDGE