IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-01-195 |
| | § | **CAPITAL LITIGANT** |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| Respondent | § | |

### RESPONDENT COCKRELL'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT

This is a federal habeas corpus action brought by Petitioner Jesus Ledesma Aguilar ("Aguilar"), a death-sentenced Texas inmate, pursuant to 28 U.S.C. §§ 2241 and 2254. Currently, Respondent Janie Cockrell ("the Director") has a response due to Aguilar's federal writ petition by Monday, August 26, 2002. For the reasons explained below, the Director requests a three week extension of time in which to respond.

### PROCEDURAL BACKGROUND

Pursuant to the Court's June 27, 2002 Order, the Director was instructed to file her answer or other responsive pleading within sixty days which, in this case, is by August 26, 2002. Docket Entry #10. The Court also provided that if the Director filed a motion for summary judgment or motion to dismiss, then Aguilar was ordered to file a response to that motion within sixty days. The instant motion follows.

## REASONS WHY ADDITIONAL TIME IS REQUESTED

Undersigned counsel for the Director has been working around the clock to complete numerous deadlines in capital cases, including most recently last minute litigation filed at the United States Supreme Court in *Javier Suarez Medina v. State of Texas*, No. 02-5752 (execution set for August 14th). In addition, the undersigned must travel to Wichita Falls, Texas, to participate at a hearing on August 19th set to determine if death row inmate James Paul Collier is competent to waive his remaining appeals. The Director also has a response in opposition to a request for COA in *Hilton Crawford v. Cockrell*, No. 02-20320 (due on extension at the Fifth Circuit on August 23rd). Once the Director's appellate briefing are court appearances are completed, there is simply insufficient time to devote to reviewing Aguilar's state court records, and then to researching and thoroughly briefing the factual and legal grounds raised in his federal writ petition. In addition, while the undersigned was the attorney of record when Aguilar's original federal habeas petition was before this Court, she was not the attorney who drafted the original response in September 1999 and, consequently, much re-briefing need be done not only to update the case law but also to address Aguilar's recently exhausted claims. Finally, the undersigned contacted Aguilar's counsel of record David Sergi regarding this request, whereupon Mr. Sergi stated that he was unopposed.

## CONCLUSION

For the foregoing reasons, the State of Texas respectfully requests that this Court grant the Director's unopposed motion, and extend the Director's time for filing a response to Augilar's federal writ petition claims.

        Respectfully submitted,

        JOHN CORNYN
        Attorney General of Texas

        HOWARD BALDWIN
        First Assistant Attorney General

        MICHAEL T. McCAUL
        Deputy Attorney General
        for Criminal Justice

        GENA BUNN
        Assistant Attorney General
        Chief, Capital Litigation Division

        _/s/ Katherine D. Hayes_
        KATHERINE D. HAYES*
\*Attorney-in-charge     Senior Assistant Attorney General
        State Bar No. 00796729
        Southern District Admission No. 22698

        Office of the Attorney General
        Capital Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Telephone: (512) 936-1429
        Telecopier: (512) 320-8132

        ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Katherine D. Hayes, Senior Assistant Attorney General of Texas, do hereby certify that I spoke with Mr. David Sergi, counsel of record for Petitioner Aguilar, regarding this motion whereupon Mr. Sergi stated that he is unopposed to the Court granting the request.

_____
KATHERINE D. HAYES
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Katherine D. Hayes, Senior Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing motion has been served by placing same in the United States mail, postage prepaid, on this the 14th day of August, 2002, addressed to:

Mr. Larry Warner
LAW OFFICE OF LARRY WARNER
777 East Harrison, Suite 2
Brownsville, Texas 78520

Mr. David K. Sergi
SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666

_____
KATHERINE D. HAYES
Senior Assistant Attorney General

4