IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-01-195 |
| | § | **CAPITAL LITIGANT** |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| Respondent | § | |

## ORDER

On the unopposed motion of Respondent (Docket Entry # 11), the Director's time for filing her answer is NOT extended ~~up to and including Monday September 16, 2002.~~

~~It is so ORDERED.~~ Motion is Denied. (FR)

SIGNED on this the 19th day of August, 2002.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE