# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS,
# BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS LEDESMA AGUILAR, §<br>Petitioner §<br>§<br>VS. §<br>§<br>JANIE COCKRELL, Director, §<br>Texas Department of Criminal Justice, §<br>Institutional Division, §<br>Respondent § | United States District Court<br>Southern District of Texas<br>FILED<br><br>NOV 0 5 2002<br><br>Michael N. Milby<br>Clerk of Court<br><br>CIVIL ACTION NO. B-01-195<br>**CAPITAL LITIGANT** |

## AMENDED UNOPPOSED MOTION TO GRANT ADDITIONAL TIME
## TO ANSWER RESPONDENT COCKRELL'S
## ANSWER AND MOTION FOR SUMMARY JUDGMENT

COMES NOW, Jesus Ledesma Aguilar, by and through his attorneys of record, David K. Sergi and Larry Warner, and hereby moves this Court to permit an extension of 45 days from October 25, 2002 to answer Respondent Cockrell's Answer and Motion for Summary Judgment and for cause would show as follows:

I.

As stated in the previous agreed motion, Counsel has the following deadlines in capital cases which must be met in October:

1. *Elliott v. Cockrell,* Writ of Certiorari due in the U.S. Supreme Court on October 27, 2002.

2. *Frazier v. Cockrell,* Original Application for Habeas Relief in the U.S. District Court for the Southern District of Texas, Victoria Division, is due October 29, 2002.

3. *Chappell v. State,* post-conviction application for DNA testing for a case in which execution has been set for November 20, 2002.

This is not sought for purposes of delay but rather so that justice can be served. As a result, counsel respectfully prays that he be given an additional 45 days from October 14, 2002 to respond to the Motion for Summary Judgment.

                       Respectfully submitted,

                       SERGI & ASSOCIATES, P.L.L.C.
                       109 East Hopkins, Suite 200
                       San Marcos, Texas 78666
                       Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
       David K. Sergi
       Attorney for Jesus Ledesma Aguilar
       State Bar No. 18036000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was mailed on October 29, 2002 via first-class mail to:

Ms. Katherine Hayes
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin TX 78711

                       _____
                       DAVID K. SERGI

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 27 day of Oct, 2002, this matter was discussed with the opposing party at the following address. Said opposing party did not oppose this extension, and has agreed to the request for an additional 45 days:

Ms. Katherine Hayes
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin TX 78711

_____
DAVID K. SERGI