*17*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Jesus Ledosma Aguilar §
versus §
Janie Cockrell §  CIVIL ACTION NO. B-01-195
§
§

### ORDER STRIKING DOCUMENT # 16

The Clerk has filed your **Amd. motion**_____; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

United States District Court
Southern District of Texas
ENTERED
NOV 0 6 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☑ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☑ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☐ Other: _____

The document is stricken from the record.

Date: 11-06-02

_____
UNITED STATES MAGISTRATE JUDGE