*18*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS,**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**NOV 1 9 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JESUS LEDESMA AGUILAR,** | § | |
| **Petitioner** | § | |
| | § | |
| **VS.** | § | |
| | § | **CIVIL ACTION NO. B-01-195** |
| **JANIE COCKRELL, Director,** | § | **\*\*CAPITAL LITIGANT\*\*** |
| **Texas Department of Criminal Justice,** | § | |
| **Institutional Division,** | § | |
| **Respondent** | § | |

**AMENDED UNOPPOSED MOTION TO GRANT ADDITIONAL TIME**
**TO ANSWER RESPONDENT COCKRELL'S**
**ANSWER AND MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Jesus Ledesma Aguilar, by and through his attorneys of record, David K. Sergi and Larry Warner, and hereby moves this Court to permit an extension of 45 days from October 25, 2002 to answer Respondent Cockrell's Answer and Motion for Summary Judgment and for cause would show as follows:

**I.**

As stated in the previous agreed motion, Counsel has the following deadlines in capital cases which must be met in October:

1.  *Elliott v. Cockrell,* Writ of Certiorari due in the U.S. Supreme Court on October 27, 2002.

2.  *Frazier v. Cockrell,* Original Application for Habeas Relief in the U.S. District Court for the Southern District of Texas, Victoria Division, is due October 29, 2002.

3.  *Chappell v. State,* post-conviction application for DNA testing for a case in which execution has been set for November 20, 2002.

This is not sought for purposes of delay but rather so that justice can be served. As a result, counsel respectfully prays that he be given an additional 45 days from October 14, 2002 to respond to the Motion for Summary Judgment.

Respectfully submitted,

SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
David K. Sergi
Attorney for Jesus Ledesma Aguilar
State Bar No. 18036000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was mailed on November 6, 2002 via first-class mail to:

Ms. Katherine Hayes
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin TX 78711

_____
DAVID K. SERGI

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on the _____ day of _____, 2002, this matter was discussed with the opposing party at the following address. Said opposing party did not oppose this extension, and has agreed to the request for an additional 45 days:

Ms. Katherine Hayes
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin TX 78711

_____
DAVID K. SERGI

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JESUS LEDESMA AGUILAR,** | § | |
|     **Petitioner** | § | |
| | § | |
| **VS.** | § | |
| | § | **CIVIL ACTION NO. B-01-195** |
| **JANIE COCKRELL, Director,** | § | **\*\*CAPITAL LITIGANT\*\*** |
| **Texas Department of Criminal Justice,** | § | |
| **Institutional Division,** | § | |
|     **Respondent** | § | |

**ORDER FOR UNOPPOSED MOTION TO GRANT ADDITIONAL TIME**

CAME TO BE HEARD on this _____ day of _____, 2002, Petitioner's Amended Unopposed Motion to Grant Additional Time to Answer Respondent Cockrell's Answer and Motion for Summary Judgment. The Court hereby orders that the Motion to Grant Additional Time is hereby GRANTED.


                                        _____

                                        JUDGE PRESIDING