IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | |
| Petitioner | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-01-195 |
| JANIE COCKRELL, Director, | § | **CAPITAL LITIGANT** |
| Texas Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| Respondent | § | |

### ORDER FOR UNOPPOSED MOTION TO GRANT ADDITIONAL TIME

CAME TO BE HEARD on this 20th day of November, 2002, Petitioner's Amended Unopposed Motion to Grant Additional Time to Answer Respondent Cockrell's Answer and Motion for Summary Judgment. The Court hereby orders that the Motion to Grant Additional Time is hereby ~~GRANTED~~ DENIED.

JUDGE PRESIDING

O:\CLIENTS\CURRENT\Aguilar, Jesus\00286crim\order agreed continuance 11.05.02.wpd