2-0

United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DEC 1 0 2002

Michael N. Milby
Clerk of Court

JESUS LEDESMA AGUILAR,        §

VS.                          §        CAUSE NO. B-01-195

GARY JOHNSON, DIRECTOR OF THE  §

INSTITUTIONAL DIVISION OF THE  §

TEXAS DEPARTMENT OF CRIMINAL   §

JUSTICE,                       §

## REQUEST FOR PAYMENT BY COURT-APPOINTED COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, LARRY WARNER, Attorney for Defendant in the above-entitled and numbered cause, and moves the Court to enter an order changing counsel he would show the court:

The undersigned attorney hereby certifies to the Court that he made Court Appearance(s) and incurred expenses in the following case(s), on the date(s) stated, in connection with the performance of his duties as Court-Appointed counsel for the named defendants):

This Claim is for work incurred from February 27, 2001 thru December 21, 2001.  Billing has been submitted to the Court with detailed explanation on July 12, 2002.  On October 9, 2002 Memorandum to the Court was submitted with additional explanation requested by Court.

Request for payment is hereby made in accordance with CJA guidelines.

Respectfully Submitted,

Larry Warner, Attorney at Law
777 E. Harrison Street, 2nd Floor
Brownsville, Texas 78520
(956)542-4784 Fax (956)544-5234
State Bar #2871500/USDC,SDTX 1230
Attorney for JESUS LEDESMA AGUILAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

JESUS LEDEZMA AGUILAR MTN. FOR REQUEST OF PAYMT.1

BROWNSVILLE DIVISION

JESUS LEDESMA AGUILAR,               §
VS.                                  §       CAUSE NO. B-01-195
GARY JOHNSON, DIRECTOR OF THE        §
INSTITUTIONAL DIVISION OF THE        §
TEXAS DEPARTMENT OF CRIMINAL         §
JUSTICE,                             §

<u>ORDER FOR PAYMENT</u>

   The Honorable Larry Warner, Attorney at Law, Tax ID No. 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, 777 E. Harrison, Brownsville, Texas 78520 for his representation of the above-named defendant. This payment is for the above-listed days in Court and for the expenses itemized above in the amount of $10,203.35.

_____
JUDGE FELIX RECIO, U.S. MAGISTRATE

Submitted to U.S. Dist UK
7/12/02

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| TXS BR | JESUS LEDESMA AGUILAR | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:01CV195 | | |

**7. IN CASE/MATTER OF** (Case Name)
JESUS LEDESMA AGUILAR VS COCKRELL

**8. TYPE PERSON REPRESENTED**
☐ Adult Defendant　☐ Appellant　☐ Other
X Habeas Petitioner　☐ Appellee

**9. REPRESENTATION TYPE**
X D1 28 U.S.C. § 2254 Habeas (Capital)　☐ D3 28 U.S.C. § 2255 (Capital)
☐ D2 Federal Capital Prosecution　☐ D4 Other (Specify) _____

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
28 U.S.C. 2254

**11. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Larry Warner
Attorney at Law
777 E Harrison St
Brownsville, TX 78520

Telephone Number: 956/542-4784

**13. NAME AND MAILING ADDRESS OF LAW FIRM**
*(Only provide per instructions)*

United States District Court
Southern District of Texas
FILED

DEC 17 2001

Michael N. Milby, Clerk of Court

**12. COURT ORDER:**
X O Appointing Counsel　　☐ C Co-Counsel
☐ F Subs For Federal Defender　☐ R Subs For Retained Attorney
☐ P Subs For Panel　　☐ Y Standby Counsel

Prior Attorney's Name: _____ Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☑ LEAD COUNSEL　☐ CO-COUNSEL

Name of Co-Counsel LARRY WARNER
or Lead Counsel: _____ Appointment Date: 12/17/01

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

_____
Signature of Presiding Judicial Officer or By Order of the Court

December 17, 2001
Date of Order　　　Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
☐ YES　☐ NO

## CLAIM FOR SERVICES AND EXPENSES

**14. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a ☐ Pre-Trial
b ☐ Trial
c ☐ Sentencing
d ☐ Other Post Trial

e ☐ Appeal
f ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g X Habeas Petition
h ☐ Evidentiary Hearing
i ☐ Dispositive Motions
j ☐ Appeal

k ☐ Petition for the U.S. Supreme Writ of Certiorari

OTHER PROCEEDING
l ☐ Stay of Execution
m ☐ Appeal of Denial of Stay
n ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o ☐ Other _____

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a In-Court Hearings (RATE PER HOUR = $　　) | | | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b Interviews and Conferences with Client | 1.0 | | | | |
| c Witness Interviews | | | | | |
| d Consultation with Investigators & Experts | .5 | | | | |
| e Obtaining & Reviewing the Court Record | .8 | | | | |
| f Obtaining & Reviewing Documents and Evidence | 8.7 | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| g Consulting with Expert Counsel | 8.0 | | | | |
| h Legal Research and Writing | 61.7 | | | | |
| i Travel ($50.00) | 2.0 | | | | |
| j Other (Specify on additional sheets) | | | | | |
| TOTALS Categories b thru j (RATE PER HOUR = $125.00) | 82.7 | $10,187.50 | | | |

## CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | |
|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) copies | 15.85 | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | 10,203.35 | |

**18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM: 11/7/00　TO: 8/6/01

**19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**20. CASE DISPOSITION**

**21. CLAIM STATUS**　☐ Final Payment　☐ Interim Payment Number _____　☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this　☐ YES　☐ NO　If yes, were you paid?　☐ YES　☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?　☐ YES　☐ NO　If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____　Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 27a. JUDGE CODE |
|---|---|---|
| | | |

| Date | Project Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/27/2001 | H-LEGAL RESEARCH & WRITING | PREPARED, REVIEWED, FORWARDED CORRECTED ORDER RE APPT. | $125.00 | 0.6 | $75.00 |
| 7/28/2001 | H-LEGAL RESEARCH & WRITING | REVIEWED ENTIRE FILE AND RECORDS IN PREPARATION OF TRIP TO HUNTSVILLE FOR CONFERENCE W/CLIENT | $125.00 | 4.2 | $525.00 |
| 8/6/2001 | I-TRAVEL | TRAVELED TO HUNTSVILLE FOR CONFERENCE W/CLIENT (TRIP FOR CONF. W/RAMOS, LOOKINGBILL, RIVERA, AGUILAR 1/4 EACH) | $50.00 | 2 | $100.00 |
| 8/6/2001 | D-CONSULTATION W/INVESTIGATORS & EXPERS | CONFERRED W/WARDEN ABT. NEED FOR MORE PRIVATE CONFERENCE FACILITIES W/CLIENTS | $125.00 | 0.3 | $37.50 |
| 8/6/2001 | D-CONSULTATION W/INVESTIGATORS & EXPERS | LOCATED GUARD. NOTIFIED GUARD OF NEED TO CONFER W/CLIENT | $125.00 | 0.2 | $25.00 |
| 8/6/2001 | G-CONSULTING W/EXP. COUNSEL | CONFERRED W/CLIENT IN HUNTSVILLE RE RIGHTS, PROCEDURES, WRITS, ETC. | $125.00 | 1 | $125.00 |

**Grand Total**  82.7  $10,187.50

**Expenses:**

| Date | Project Name | Expense Description | Expense Code | Amount |
|---|---|---|---|---|
| 8/22/2000 | PRINTING | PRINTED COPIES NECESSARY TO SUBMIT SUBSEQUENT STATE WRIT | | $15.85 |

**Grand Total**  $15.85

| Date | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/11/2001 | H-LEGAL RESEARCH & WRITING | LEGAL RESEARCH, NOTED STATUTE ON APP. OF COUNSEL, 28 USC 2255 AND JURISPRUDENCE | $125.00 | 0 2 | $25 00 |
| 12/11/2001 | H-LEGAL RESEARCH & WRITING | REVIEWED 197K632.1 CTA ON SUCCESSIVE MTN. CERTIFIED RE 28 USC 2255. CONSIDERED APPLICABILITY OF REQUISITE FOR CERTIFICATION, NT. FOR SUMMARY JUDGMENT RESPONSE | $125.00 | 2 | $250.00 |
| 12/12/2001 | H-LEGAL RESEARCH & WRITING | CONTINUED PREPARATION OF BRIEF ON DECISION OF CT. OF CRIM. APP. OF TX. ON DIRECT APPEAL AS CONTRARY TO FULMINANTE V. AZ AND AS INVOLVING UNREASONABLE APPLICATION OF FULMINANTE. CONF. W/ ATTY SERGI OBTAINING COMPLETE COPIES OF RECORD | $125.00 | 8.4 | $1,050.00 |
| 12/27/2001 | E-OBTINING & REVIEWING THE COURT RECORD | REV. ODR. OF USDC;SDTX OF 12/17/01 APP. COUNSELS WARNER & SERGI. FORW. COPY TO CO-COUNSEL. CONSID. WHETHER REC. WAS COMPLETE IN CASE. CONTACTED CO-C.. RE SAME. DETD. PET. HAD SGND. WAIVER AND THAT REC. HAD BEEN MADE. DET. TO SEND CORRECTED ODR | $125.00 | 0.8 | $100.00 |

| Date | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/2001 | G-CONSULTING W/EXP. COUNSEL | CONFERRED AT LENGTH W/ATTY SERGI RE STRATEGY. CONSIDERED APPROACH TO "FULL AND FAIR HEARING", "PATENTLY BIASED JUDGE" AS APPLIED TO CT. OF CRIM. APP. OF TEXAS, UNREASONABLENESS OF FINDINGS OF CT. OF CRIM. APP. ON MTN. TO RECUSE. | $125.00 | 4.1 | $512.50 |
| 11/8/2001 | H-LEGAL RESEARCH & WRITING | REVIEWED FEDERAL CASES ON ADEPA AND UNREASONABLE APP. OF CLEARLY ESTABLISHED FED. LAW AS ESTABLISHED BY SUPREME CT. AS APPLIED TO MTN. TO RECUSE AND FULMINANTE V. AZ | $125.00 | 7.8 | $975.00 |
| 11/9/2001 | H-LEGAL RESEARCH & WRITING | REVIEWED FEDERAL CASES ON ADEPA AND UNREASONABLE APP. OF CLEARLY ESTABLISHED FED. LAW AS ESTABLISHED BY SUPREME CT. AS APPLIED TO MTN. TO RECUSE AND FULMINANTE V. AZ | $125.00 | 7.8 | $975.00 |
| 12/6/2001 | B-INTERVIEWS AND CONFERENCES W/CLIENT | INTERVIEWS AND CONF. W/CLIENT, LENGTHY LTR. TO CLIENT W/MTN AND EXP. OF MTN. AND SUM JUDG. PRACTICE PROSPECT OF EVID. HEARING, ANTICIPATED BRIEF, ANTICIPATED MTN. IN CT. OF CRIM. APP. | $125.00 | 1 | $125.00 |

| Date | Code | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/2001 | H-LEGAL RESEARCH & WRITING | DETERMINED TO REURGE ALTERNATE MTN. TO RECUSE JUDGES WHO HAD SAT ON APPELLANT'S DIRECT APPEAL | $125.00 | 0.2 | $25.00 |
| 11/26/2001 | H-LEGAL RESEARCH & WRITING | REVIEWED REINSTITUTED MTN. TO VACATE SENTENCE, EXHIBITS, INCLUDING MTN. TO RECUSE, ORDER DENYING SUBSEQUENT STATE WRIT AS "ABUSE OF THE WRIT". | $125.00 | 0.7 | $87.50 |
| 11/26/2001 | G-CONSULTING W/EXP. COUNSEL | CONFERRED W/ATTY. SERGI RE ORDER OF CT. OF CRIM. APPEALS, HIS ACTING AS CO-COUNSEL, PATENT BIAS, ADDITIONAL GROUND OF BIAS OF STAE CT. ON SUBSEQUENT STATE WRIT | $125.00 | 0.4 | $50.00 |
| 11/26/2001 | H-LEGAL RESEARCH & WRITING | PREPARED AFFIDAVIT IN SUPPORT OF REINSTITUTED MTN. TO VACATE. PERSONALLY FILED SAME IN USDC/SDTX BROWNSVILLE DIV. SERVED ADVERSARY, COPY TO ATTY SERGI | $125.00 | 4 | $500.00 |

| Date | Activity | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 8/21/2000 | H-LEGAL RESEARCH & WRITING | WORKED ON SUBSEQUENT STATE WRIT | $125.00 | 4 | $500.00 |
| 8/22/2000 | H-LEGAL RESEARCH & WRITING | PREPARED SUBSEQUENT STATE WRIT | $125.00 | 4 | $500.00 |
| 8/23/2000 | G-CONSULTING W/EXP. COUNSEL | CONFERENCED W/AG K. HAYES RE STATE WRIT; AGREED TO SEND HER COPY OF 11.071 APP. #2 | $125.00 | 0.5 | $62.50 |
| 8/23/2000 | H-LEGAL RESEARCH & WRITING | PREPARED SUBSEQUENT STAET WRIT 9-12:30 AND 2-6:45; DEALT W/UNAVAILABILITY | $125.00 | 7.5 | $937.50 |
| 8/24/2000 | F-OBTAINING & REVIEWING DOCS & EVID. | REVIEWED STATE SUBSEQUENT WRIT APP. CONSIDERED IAC CLAIMS, UNREASONABLENESS. PREPARED MTN. TO RECUSE CT. OF CRIM. APP. IN SUBSEQUENT STATE WRIT APP. FILED SAME | $125.00 | 8 | $1,000.00 |
| 11/26/2001 | F-OBTAINING & REVIEWING DOCS & EVID. | REVIEWED ORDER FROM CT. OF CRIM. APP. OF TEXAS DENYING MTN. TO RECUSE ENTIRE CT. OF CRIM. APP. OF TEXAS AS PATERNTLY BIASED JUDGE OF FULMINANTE V. ARIZ | $125.00 | 0.7 | $87.50 |
| 11/26/2001 | H-LEGAL RESEARCH & WRITING | CONSIDERED THAT CT. OF CRIM. APP. OF TEX. HAD NOT ACTED ON ALTERNATE MTN. TO RECUSE JUDGES WHO HAD SAT ON APPELLANT'S DIRECT APPEAL | $125.00 | 0.5 | $62.50 |

**Time:**

| Date | Project Name | Work Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/7/2001 | H-LEGAL RESEARCH & WRITING | REVIEWED FEDERAL CASES ON ADEPA AND UNREASONABLE APP. OF CLEARLY ESTABLISHED FED. LAW AS ESTABLISHED BY SUPREME CT. AS APPLIED TO MTN. TO RECUSE AND FULMINANTE V. AZ | $125.00 | 7.8 | $975.00 |
| 7/19/2000 | H-LEGAL RESEARCH & WRITING | ABSTRACTED TESTIMONY IN PREPARATION FOR MTN. TO VACATE SENTENCE TO BE RE-FILED. CONSIDERED VIABILITY OF SIMILAR BUT COLORABLY DISTINCT THEORY OF INEFFECTIVENESS | $125.00 | 2 | $250.00 |
| 8/17/2000 | G-CONSULTING W/EXP. COUNSEL | CONSULTED W/ATTY. MORAN REGARDING CASE ISSUES ON APPEAL, SUBSEQUENTNESS OF STATE APPLICATION, SUBSEQUENTNESS OF FEDERAL IN LIGHT OT TERRY WMS. | $125.00 | 1 | $125.00 |
| 8/18/2000 | G-CONSULTING W/EXP. COUNSEL | CONSULTED AGAIN W/ATTY. MORAN; DISCUSSED ISSUES ON APPEAL, STATE APP., FEDERAL IN LIGHT OF TERY WMS. NOTED SENDING OF ELEC. COPY OF CT. REPORTER'S RECORD TO ATTY. MORAN | $125.00 | 1 | $125.00 |

# *Time Sheet*

*Employee Name*      *LEDEZMA AGUILAR, JESU*

*Date Entered*      *7/11/2002*

# Employee Billings by Project

For Work Performed Between: 7/19/2000 and 8/6/2002

| Company Name | Project Name | Total Expenses | Employee Name | Hours | Hourly Billings |
|---|---|---|---|---|---|
| | B-INTERVIEWS AND CO | | | | |
| | | | LEDEZMA AGUILAR, JES | 1 | $125.00 |
| | Summary for 'ProjectName' = B-INTERVIEWS AND CONFERENCES W/CLIENT (1 detail record) | | | | |
| | Sum | | | 1 | $125.00 |
| | D-CONSULTATION W/IN | | | | |
| | | | LEDEZMA AGUILAR, JES | 0.5 | $62.50 |
| | Summary for 'ProjectName' = D-CONSULTATION W/IN/INVESTIGATORS & EXPERS (1 detail record) | | | | |
| | Sum | | | 0.5 | $62.50 |
| | E-OBTINING & REVIEWI | | | | |
| | | | LEDEZMA AGUILAR, JES | 0.8 | $100.00 |
| | Summary for 'ProjectName' = E-OBTINING & REVIEWING THE COURT RECORD (1 detail record) | | | | |
| | Sum | | | 0.8 | $100.00 |
| | F-OBTAINING & REVIE | | | | |
| | | | LEDEZMA AGUILAR, JES | 8.7 | $1,087.50 |
| | Summary for 'ProjectName' = F-OBTAINING & REVIEWING DOCS & EVID. (1 detail record) | | | | |
| | Sum | | | 8.7 | $1,087.50 |
| | G-CONSULTING W/EXP. | | | | |

Thursday, July 11, 2002

| Company Name | Project Name | Total Expenses Employee Name | Hours | Hourly Billings |
|---|---|---|---|---|
| | | LEDEZMA AGUILAR, JES | 8 | $1,000.00 |
| | Summary for 'ProjectName' = G-CONSULTING W/EXP. COUNSEL (1 detail record) | | | |
| | Sum | | 8 | $1,000.00 |
| | H-LEGAL RESEARCH & | LEDEZMA AGUILAR, JES | 61.7 | $7,712.50 |
| | Summary for 'ProjectName' = H-LEGAL RESEARCH & WRITING (1 detail record) | | | |
| | Sum | | 61.7 | $7,712.50 |
| | I-TRAVEL | LEDEZMA AGUILAR, JES | 2 | $100.00 |
| | Summary for 'ProjectName' = I-TRAVEL (1 detail record) | | | |
| | Sum | | 2 | $100.00 |
| Summary for 'CompanyName' =   (7 detail records) | | | | |
| Sum | | | 82.7 | $10,187.50 |
| Grand Total | | | 82.7 | $10,187.50 |

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| TXS BR | JESUS LEDESMA AGUILAR | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:01CV195 | | |

**7. IN CASE/MATTER OF** *(Case Name)*
JESUS LEDESMA AGUILAR VS COCKRELL

**8. TYPE PERSON REPRESENTED**
☐ Adult Defendant ☐ Appellant ☐ Other
X Habeas Petitioner ☐ Appellee

**9. REPRESENTATION TYPE**
X D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital)
☐ D2 Federal Capital Prosecution ☐ D4 Other (Specify)

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
28 U.S.C. 2254

**11. ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS*
Larry Warner
Attorney at Law
777 E. Harrison St
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED
DEC 17 2001
Michael N. Milby, Clerk of Court

Telephone Number    956/542-4784

**12. COURT ORDER:**
X O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel ☐ Y Standby Counsel

Prior Attorney's Name: _____ Appointment Date: _____
(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.
(B) The attorney named in Item 11 is appointed to serve as: ☑ LEAD COUNSEL ☐ CO-COUNSEL
Name of Co-Counsel
or Lead Counsel: _____ Appointment Date: _____
(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).
☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

_____
Signature of Presiding Judicial Officer or By Order of the Court

December 17, 2001
Date of Order _____ Nunc Pro Tunc Date _____

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment
☐ YES ☐ NO

**13. NAME AND MAILING ADDRESS OF LAW FIRM** *(Only provide per instructions)*

---

### CLAIM FOR SERVICES AND EXPENSES

**14. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial

e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g ☐ Habeas Petition
h ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

k ☐ Petition for the U.S. Supreme Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U S Supreme Court Regarding Denial of Stay
o ☐ Other

### HOURS AND COMPENSATION CLAIMED / FOR COURT USE ONLY

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ ) | | | | IN COURT TOTAL Category a | IN COURT TOTAL Category a |
| b. Interviews and Conferences with Client | 1.0 | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | .5 | | | | |
| e. Obtaining & Reviewing the Court Record | .8 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | 8.7 | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j |
| g. Consulting with Expert Counsel | 8.0 | | | | |
| h. Legal Research and Writing | 62.0 | | | | |
| i. Travel | 2.0 | | | | |
| j. Other (Specify on additional sheets) | — | | | | |
| TOTALS Categories b thru j (RATE PER HOUR = ) | 82.7 | 10,187.50 | | | |

### CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)

| | | | |
|---|---|---|---|
| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| 17. Other Expenses (other than expert, transcripts, etc) copies | | 15.85 | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | 10,203.35 | |

**18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
_____ TO: _____

**19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**20. CASE DISPOSITION**

**21. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____ Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 27a. JUDGE CODE |
|---|---|---|
| | | |

# Client Billings by Project

For Work Performed Between: 7/19/2000 and 8/6/2002

| Company Name | Project Name | Hours Worked | Hourly Billings | Total Expenses |
|---|---|---|---|---|
| | B-INTERVIEWS AND CONFE | 1 | $125.00 | |
| | D-CONSULTATION W/INVEST | 0.5 | $62.50 | |
| | E-OBTINING & REVIEWING T | 0.8 | $100.00 | |
| | F-OBTAINING & REVIEWING | 8.7 | $1,087.50 | |
| | G-CONSULTING W/EXP. COU | 8 | $1,000.00 | |
| | H-LEGAL RESEARCH & WRIT | 61.7 | $7,712.50 | |
| | I-TRAVEL | 2 | $100.00 | |
| Summary for 'CompanyName' =    (7 detail records) | | | | |
| Sum | | 82.7 | $10,187.50 | |
| Grand Total | | 82.7 | $10,187.50 | |

Thursday, July 11, 2002