21

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR | * | |
| vs | * | CIVIL ACTION NO. B01-195 |
| GARY JOHNSON, Director of the Institutional Division of the Texas Department of Criminal Justice | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

**HEARING ON REQUEST FOR
PAYMENT BY COURT-APPOINTED COUNSEL**

January 6, 2003, 9:00 a.m.

---

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE:  UNITED STATES DISTRICT COURT
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
(956) 548-2701

---

**BY ORDER OF THE COURT**

December 16, 2002

cc:  Counsel of Record