UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS LEDESMA AGUILAR, § | |
| Petitioner § | |
| § | |
| v. § | NO. B-01-195 |
| § | |
| JANIE COCKRELL, DIRECTOR OF § | |
| THE TEXAS DEPARTMENT § | |
| OF CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION § | |
| Respondent § | |

## MOTION FOR AUTHORIZATION TO TRAVEL

COMES NOW, David K. Sergi, attorney for Jesus Ledesma Aguilar, and hereby files this Motion for Authorization to utilize National Travel Service for airline reservations, rental car, and travel accommodations.

Counsel hereby seeks leave for he and a legal assistant and/or Ms. Victorea D. Brown, an associate attorney to David Sergi, to travel in order to effectively assist Petitioner. This would include travel to Brownsville, Texas on January 27, 2003 for a hearing on motions in this case.

WHEREFORE, PREMISES CONSIDERED, counsel respectfully prays for an order permitting counsel to utilize services of National Travel Service to travel to a location to be determined upon occasion and as required.

Respectfully submitted,

SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
David K. Sergi
Attorney for Petitioner
State Bar No. 18036000

## CERTIFICATE OF SERVICE

I, David K. Sergi, certify that on December 19, 2002, a copy of this Motion for Authorization to Travel was served on:

_____
David K. Sergi

Ms. Katherine Hayes
Assistant Attorney General
Texas Attorney General's Office
Capital Litigation Division
P.O. Box 12548
Austin TX 78711

O:\CLIENTS\CURRENT\Aguilar, Jesus\00286crim\mtn.authorize travel 12 19 02.wpd