

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR | * | |
| VS | * | CIVIL ACTION NO. B-01-195 |
| JANIE COCKRELL, DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | * * | |

## O R D E R

On this the 3rd day of January 2003, came on to be considered Attorney David K. Sergi's Motion for Authorization to Travel (Doc. No. 23), in the above-captioned and numbered cause of action, and the Court, having considered said Motion, finds that said should be and is hereby **DENIED**.

DONE at Brownsville, Texas this 3rd day of January 2003.

_____
Felix Recio
United States Magistrate Judge