

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS LEDESMA AGUILAR,<br>　　　Petitioner,<br><br>v.<br><br>JANIE COCKRELL, Director,<br>Texas Department of Criminal Justice,<br>Institutional Division,<br>　　　Respondent. | §<br>§<br>§<br>§　Civil Action No. B-01-195<br>§　**CAPITAL LITIGANT**<br>§<br>§<br>§<br>§ |

**RESPONDENT COCKRELL'S ADVISORY TO THE COURT
REGARDING THE JANUARY 27, 2003 SCHEDULED HEARING**

TO THE HONORABLE MAGISTRATE JUDGE FELIX RECIO:

NOW COMES Respondent Janie Cockrell ("the Director") and files this her Advisory to the Court.

**BACKGROUND**

This case involves an application for writ of habeas corpus filed by Petitioner Jesus Ledesma Aguilar ("Aguilar") on November 26, 2001, pursuant to 28 U.S.C. §§ 2241 and 2254. Docket Entry ("DE") 1. Aguilar also filed a supplemental petition on March 4, 2002. DE 9. The Director filed an answer and moved for summary judgment on August 26, 2002. DE 13. As of the date of filing this advisory, Aguilar has filed no reply to the Director's motion for summary judgment.

On December 19, 2002, this Court ordered a hearing be held on January 27, 2003, at 2:00 p.m., before the Honorable United States Magistrate Judge Felix Recio on Aguilar's "request for payment by court-appointed counsel." DE 22. This advisory follows.

## REASON FOR ADVISORY

Neither the Office of the Attorney General nor the State of Texas have any interest or role in the payment of attorney fees to federal habeas counsel. Because the January 27, 2003, hearing solely concerns the payment of attorney's fees, as a result, undersigned counsel for the Director does not plan to attend the hearing in person unless the Court specifically requests otherwise. However, counsel will be available to answer any questions during the time of the hearing by telephone, and may be reached directly at (512) 463-2069 or through her secretary at (512) 936-1600.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Director requests that the Court take notice of this advisory.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division

*Attorney-in-charge

_Katherine D. Hayes_
KATHERINE D. HAYES*
Senior Assistant Attorney General
State Bar No. 00796729
Southern District Admission No. 22698

Office of the Attorney General
Capital Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132

ATTORNEYS FOR RESPONDENT

**CERTIFICATE OF SERVICE**

I, Katherine D. Hayes, Senior Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing advisory has been served by placing same in United States mail delivery, postage prepaid, on this the 3rd day of January, 2003, addressed to:

Mr. Larry Warner
LAW OFFICE OF LARRY WARNER
777 East Harrison, Suite 2
Brownsville, Texas 78520

Mr. David K. Sergi
SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666

_Katherine D. Hayes_
KATHERINE D. HAYES
Senior Assistant Attorney General