# MAGISTRATE COURTROOM MINUTES

The Honorable Magistrate Felix Recio, Presiding
Deputy Clerk: S Garcia
ERO: G Mendieta
USPO: L Cerda
       Law Clerk-  R Byrd
       CSO present

Open: 2:10           Adjourn: 2:30        Date: 01/27/03
                                        **Case Number: 1:01cv195**

Ledesma Aguilar                      L Warner
V.
Cockrell                          T Crocker on behalf of K Hayes
Arrested

---

### HEARING ON REQUEST FOR PAYMENT

☒ Larry Warner addresses the Court and files a Brief in this case- Warner addresses his Motion for Compensation- The Court states Mr Warner is filing for compensation on this case for work done at the states level and questions the authority this Court has to do so- Mr Warner argues his case and requests 10 days for better preparation- The Court resets this case for 02/05/03 at 1:30 p.m. and informs counsel the State will be excused from this hearing- Court adjourned.