# CHAMBERS MINUTES

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

Courtroom Clerk:    Lydia M Villarreal

Date:               Feb 5, 2003, 1:30 p.m.

---

## C.A. NO. B-01-195 (HGT)

---

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR | * | Larry Warner & David K Sergi appointed |
| VS | * | |
| JANIE COCKRELL, ET AL | * | Katherine D. Hayes (excused from this hearing) |

---

## MINUTES

Petitioner's counsel, Larry Warner, did not appear for the hearing on the Request for Payment of Court-Appointed Counsel set for February 5, 2003, at 1:30 p.m.

Mr. Warner, telephonically, informed the Court that he misunderstood the date of the hearing.

The court will consider the Request for Payment without any further hearing.