United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE  DIVISION

JESUS LEDEZMA AGUILAR,           §
                                 §
                                 §
vs.                              §      CAUSE #B-01-195
                                 §
JANIE COCKRELL                   §

---

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF BEFORE UNITED STATES MAGISTRATE-JUDGE

1. The Brief was due ten days from January 27, 2003, that is, it was due on Thursday, February 6, 2003.

2. An extension of one day, that is until Friday, February 7, 2003, the day the brief was actually filed, is requested.

3. No previous extensions to file the brief have been requested or extended.

4. The grounds for the requested extension are as follows:
   When Mr. Warner imported material from Westlaw for the brief, the importation underlined every word in the draft brief.  It took an unexpected amount of time to correct and re-proof the brief after this "computer virus" resulted in the noted result.

5. On February 10, 2003 at about 10:15 am Mr. Warner called the office of counsel for Respondent, Ms. Hayes; she is Assistant Attorney General for the State of Texas. The number Mr. Warner called is 512 463 2069. He got a message.  He left a message on Ms. Hayes' voicemail.  He called her colleague, Ed Marshall, at 512 936 2891. He got a voicemail.  He left a message.  To date Mr. Warner has not received a response to either message.

1

## CONCLUSION AND REQUEST FOR RELIEF

The Court should extend the time to file the brief from 2/06/03, the date it was due to the date it was filed 2/07/03.

Respectfully submitted,
Law Office of Larry Warner

By

Larry Warner Attorney at Law
State Bar # 2871500/USDC,SDTX 1230
777 E. Harrison St 2nd Floor
Brownsville, TX 78521
Tel. (956)542-4784
Fax (956) 544-5234
ATTORNEY FOR JESUS LEDEZMA AGUILAR

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE  DIVISION

JESUS LEDEZMA AGUILAR,           §
                                 §
                                 §
vs.                              §      CAUSE #B-01-195
                                 §
JANIE COCKRELL                   §

Before me, the undersigned notary, on this day, personally appeared Larry Warner, a person whose identity is known to me. After I administered an oath to *him*, upon *his* oath, *he* said *he* read the **MOTION FOR EXTENSION OF TIME TO FILE BRIEF BEFORE UNITED STATES MAGISTRATE-JUDGE** and that the facts stated in it are within *his* personal knowledge and are true and correct.

Larry Warner Attorney at Law

MARISOL DELAFUENTE
Notary Public, State of Texas
My Commission Expires
April 27, 2005

MARISOL DELAFUENTE
NOTARY PUBLIC IN AND FOR THE STATE
OF TEXAS-Commission Exp: 4/27/05

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE    DIVISION

JESUS LEDEZMA AGUILAR,          §
                                §
                                §
vs.                             §    CAUSE #B-01-195
                                §
JANIE COCKRELL                  §

### CERTIFICATE OF SERVICE

I certify that I mailed a copy of **MOTION FOR EXTENSION OF TIME TO FILE BRIEF BEFORE UNITED STATES MAGISTRATE-JUDGE** by U.S. Mail to Ms. Hayes, counsel of record for United States of America, and whose address is Capital Litigation Division P.O. Box 12548 Capital Station Austin TX 78711,(512) 463-2069, on February 10, 2003.

Law Office of Larry Warner

BY:

Larry Warner Attorney at Law
State Bar # 1871500/USDC,SDTX 1230
777 E. Harrison St 2nd Floor
Brownsville, TX 78521
Tel. (956)542-4784
Fax (956) 544-5234

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

JESUS LEDEZMA AGUILAR,           §
                                 §
                                 §
vs.                              §      CAUSE #B-01-195
                                 §
JANIE COCKRELL                   §

    I, Larry Warner, hereby certify that on February 10, 2002, at
10:15 I called Ms. Hayes, Assistant Attorney General, at 512 463
2069. and:

( ) The number was busy,

( ) No one answered.

(√) I got an answering machine and I left a message. And at
    10:23 a.m Mr. Marshal called and said the government is
    not opposed.

( ) The adverse party is unopposed

( ) The adverse party is opposed.

( ) The adverse party takes no position.

                        Law Office of Larry Warner
                        By

                        Larry Warner Attorney at Law
                        State Bar # 2871500/USDC,SDTX 1230
                        777 E. Harrison St 2nd Floor
                        Brownsville, TX 78521
                        Tel. (956)542-4784
                        Fax (956) 544-5234

5