United States District Court
Southern District of Texas
FILED

FEB 13 2003

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR | * | |
| VS | * | C.A. NO. B-01-195 |
| JANIE COCKRELL, DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL | * * * * | |

## ORDER

On November 25, 1998, Petitioner Jesus Ledesma Aguilar filed a 28 U.S.C. § 2254 Writ of Habeas Corpus seeking reversal of his death penalty state conviction. On June 20, 2000, the Petition was dismissed without prejudice, to allow Petitioner Aguilar an opportunity to file a state habeas petition to pursue unexhausted state claims. Petitioner's state writ was denied. On November 26, 2001, Petitioner refiled his 28 U.S.C. § 2254 writ of Habeas Corpus.

Before the Court is Petitioner's Revised Motion for Attorney's Fees (Doc. No. 30). Petitioner's attorney, Mr. Larry Warner, seeks attorney's fees for the work completed on Petitioner's state writ of habeas corpus. The motion is DENIED.

Title 21 U.S.C. § 848(q)(4)(a) authorizes the court to appoint counsel for financially unable defendants in appeals of capital cases. Title 21 U.S.C. § 848(q)(10)(A) authorizes the court to compensate court-appointed counsel in accordance with the fee schedules therein. This Court construes these statutes provide the right to counsel only in connection with federal proceedings.

Additionally, the Court finds that counsel was compensated for his state writ representation as admitted in his motion, albeit the sum awarded is indeed paltry. "Petitioner has no statutory right to federally funded counsel to pursue," retroactively or otherwise "post conviction claims in state court." Sterling v. Scott, 57 F.3d 451, 453, Motion for Attorney's Fees is DENIED.

                                                    Felix Recio
                                      United States Magistrate Judge

DATE:   February 13, 2003