IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, § | | |
| Petitioner, § | | |
| § | | |
| v. § | CIVIL ACTION NO. B-01-195 | |
| § | | |
| JANIE COCKRELL, Director, § | | |
| Texas Department of Criminal § | | |
| Justice, Institutional Division, § | | |
| Respondent. § | | |

**RESPONDENT COCKRELL'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

This is a federal habeas corpus action brought by Petitioner Jesus Ledesma Aguilar ("Aguilar"), a death sentenced Texas inmate, pursuant to 28 U.S.C. §§ 2241 and 2254. On March 3, 2003, Respondent Janie Cockrell ("the Director") was served with United States Magistrate Judge Felix Recio's report recommending that habeas relief be granted with regard to one of Aguilar's claims. Pursuant to FED. R. CIV. P. 6(a) & 72(b), the Director must file any objections to Judge Recio's recommendation within ten days of service, or by March 17, 2003. However, the Director respectfully requests an extension of time to file her objections.

The need for an extension of time is due to Senior Assistant Attorney General Katherine D. Hayes's recent surgery and physician-ordered six-week convalescence. Ms. Hayes is not expected to return to full-time work until Monday, March 10th. In the meantime, numerous other matters assigned to Ms. Hayes have been extended into March, such as: (1) an answer due March 23rd in the United States District Court for the Northern District of Texas, Wichita Falls Division, in *Wardrip v. Cockrell,* No. 7:01-CV-247; (2) a brief due March 26th in the United States Court of Appeals for the Fifth Circuit in *Lagrone*

*v. Cockrell,* No. 02-10976; and (3) an answer and motion for summary judgment due March 28th in the United States District Court for the Southern District of Texas, Houston Division, in *Nenno v. Cockrell,* No. H-02-4907. Therefore, the Director respectfully requests a thirty (30) day extension to file her objections. This extension is not requested for purposes of delay, but so that justice may be done.

For the foregoing reasons, the Director moves the Court for an extension of time of thirty (30) days, from March 17, 2003, up to and including April 16, 2003, to file her objections to the magistrate's recommendation.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division

EDWARD L. MARSHALL
Assistant Attorney General
Deputy Chief, Capital Litigation Division
Texas Bar No. 00797004

*Attorney-in-Charge

*KATHERINE D. HAYES
Senior Assistant Attorney General
Capital Litigation Division

P. O. Box 12548, Capitol Station
Austin, Texas  78711
Tel:  (512) 936-1600
Fax: (512) 320-8132

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Petitioner, Larry Warner, was contacted on March 4, 2003. Mr. Warner stated that he was not opposed to the extension of time requested in the instant motion.

EDWARD L. MARSHALL
Deputy Chief, Capital Litigation Division

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served by placing same in the United States mail, postage prepaid, on this the 5th day of March, 2003, addressed to:

Larry Warner
777 East Harrison, Suite 2
Brownsville, Texas 78520

David K. Sergi
SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666

EDWARD L. MARSHALL
Deputy Chief, Capital Litigation Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-195 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

**ORDER EXTENDING TIME TO FILE OBJECTIONS**

On the unopposed motion of Respondent, the Director's time for filing her objections to the magistrate's report and recommendation is extended up to and including April 16, 2003.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2003.


_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE