IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 1 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-195 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

## ORDER EXTENDING TIME TO FILE OBJECTIONS

On the unopposed motion of Respondent, the Director's time for filing her objections to the magistrate's report and recommendation is extended up to and including April 16, 2003.

It is so ORDERED.

SIGNED on this the 10th day of March, 2003.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE