IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 12 2003

Michael N. Milby
Clerk of Court

JESUS LEDEZMA AGUILAR, §
§
§
VS. § CAUSE #B-01-195
§
JANIE COCKRELL §

**AGREED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO MAGISTRATE JUDGE REPORT**

1. The Magistrate Judge's Report was filed on March 3, 2003.

2. Petitioner requests an extension of 44 days from 3/03/03 to 4/16/03 file the objection, which is the same time that the respondent's objections are due.

3. The grounds for the requested extension are as follows:
   The parties agreed that each party have 44 days from 3/03/03 to file objections to the magistrate's judge's report, subject to the court's approval. Further, counsel are involved in a matter with a pending execution date: **Rivera v. State** Cause No. 93-1488-C.

1

## CONCLUSION AND REQUEST FOR RELIEF

The Court should grant the 44 days extension to file the response to Magistrate Judge's Report.

> Respectfully submitted,
> Law Office of David Sergi
>
> By: _____
> David Sergi Attorney at Law
> State Bar # 18036000/USDC,SDTX 7555574
> 109 EAST HOPKINS, SUITE 200
> SAN MARCOS, TX  78666
> Tel.(512) 392-5010
> Fax (512) 392-5042
> ATTORNEY FOR JESUS LEDEZMA AGUILAR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS LEDEZMA AGUILAR, | § | |
| | § | |
| | § | |
| VS. | § | CAUSE #B-01-195 |
| | § | |
| JANIE COCKRELL | § | |

Before me, the undersigned notary, on this day, personally appeared ~~Larry Warner~~ David Sergi, a person whose identity is known to me. After I administered an oath to *him*, upon *his* oath, *he* said *he* read the **AGREED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S JUDGE REPORT** and that the facts stated in it are within *his* personal knowledge and are true and correct.

_____
David Sergi Attorney at Law

_____
MARISOL DELAFUENTE
NOTARY PUBLIC IN AND FOR THE STATE
OF TEXAS-Commission Exp: 4/27/05

[Notary Seal: MARISOL DELAFUENTE, Notary Public, State of Texas, My Commission Expires April 27, 2005]

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS LEDEZMA AGUILAR, | § § § | |
| VS. | § § § | CAUSE #B-01-195 |
| JANIE COCKRELL | § | |

### CERTIFICATE OF SERVICE

I certify that I mailed a copy of AGREED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S JUDGE REPORT by U.S. Mail to Ms. Hayes, counsel of record for United States of America, and whose address is Capital Litigation Division P.O. Box 12548 Capital Station Austin TX 78711, (512) 463-2069, on March 12, 2003.

Respectfully submitted,
Law Office of David Sergi

By: _____
David Sergi Attorney at Law
State Bar # 18036000/USDC,SDTX 7555574
109 EAST HOPKINS, SUITE 200
SAN MARCOS, TX 78666
Tel.(512) 392-5010
Fax (512) 392-5042
ATTORNEY FOR JESUS LEDEZMA AGUILAR

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JESUS LEDEZMA AGUILAR,** | § | |
| | § | |
| | § | |
| VS. | § | CAUSE #B-01-195 |
| | § | |
| **JANIE COCKRELL** | § | |

On or about 3/10/03 Mr. David Sergi spoke to Ms. Hayes, Assistant Attorney General re Agreed Motion for Extension of Time to File Objections to Magistrate's Judge Report, at 512 463 2069. and:

( )   The number was busy,

( )   No one answered.

( )   I got an answering machine and I left a message.   And at
      10:23 a.m Mr. Marshal called and said the government is
      not opposed.

( )   The adverse party is unopposed

( XX ) The adverse party is not opposed.

( )   The adverse party takes no position.

                          Respectfully submitted,
                        Law Office of David Sergi

By: _____
David Sergi Attorney at Law
State Bar # 18036000/USDC,SDTX 7555574
109 EAST HOPKINS  SUITE 200
SAN MARCOS, TX  78666
Tel.(512) 392-5010
Fax (512) 392-5042
ATTORNEY FOR JESUS LEDEZMA AGUILAR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS LEDEZMA AGUILAR, | § |
| | § |
| | § |
| VS. | § CAUSE #B-01-195 |
| | § |
| JANIE COCKRELL | § |

## MOTION FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

A hearing is requested on the Motion or Plea to which this Motion for Hearing is attached;

Respectfully submitted,
Law Office of David Sergi

By: _____
David Sergi Attorney at Law
State Bar # 18036000/USDC,SDTX 7555574
109 EAST HOPKINS, SUITE 200
SAN MARCOS, TX  78666
Tel.(512) 392-5010
Fax (512) 392-5042
ATTORNEY FOR JESUS LEDEZMA AGUILAR