IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS LEDEZMA AGUILAR, | § § § | |
| VS. | § | CAUSE #B-01-195 |
| JANIE COCKRELL | § § | |

**ORDER EXTENDING TIME TO FILE OBJECTIONS**

Petitioner and Respondent have until 4/16/03 to file their Objections to Magistrate Judge Report.

Signed this 12th day of March, 2003

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

8