IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS LEDEZMA AGUILAR, | § | |
| | § | |
| | § | |
| VS. | § | CAUSE #B-01-195 |
| | § | |
| JANIE COCKRELL | § | |

## MOTION TO SUBSTITUTE BRIEF

NOW COMES, Movant, Jesus Ledesma-Aguilar, in the above-entitled and numbered cause, and through his on attorney on Record Larry Warner, moves the Court to enter an order substituting the brief received on April 17, 2003 for the brief filed on April 16, 2003.

I.

The Table of Authorities filed on April 16, 2003 was incomplete. Movant, asks to file a Brief with a complete Table of Authorities.

### CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, MOVANT prays that the Court grant this motion and order that the brief received on April 17, 2003 for the brief filed on April 16, 2003.

RESPECTFULLY SUBMITTED,

*/s/ Larry Warner*

LARRY WARNER
Attorney for Movant
777 E. Harrison St.
Brownsville, Tx.  78520
(956) 542-4784 (956)544-5234 fax
SBOT 20871500,USDC,SDCTX1230
Attorney for Jesus Ledezma-Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS LEDEZMA AGUILAR, | § | |
| | § | |
| | § | |
| VS. | § | CAUSE #B-01-195 |
| | § | |
| JANIE COCKRELL | § | |

## CERTIFICATE OF SERVICE

    I certify that I mailed a copy of MOTION TO SUBSTITUTE BRIEF by U.S. Mail to Ms. Hayes, counsel of record for The State of Texas, and whose address is Capitol Litigation Division P.O. Box 12548 Capital Station Austin TX 78711,(512) 463-2069, on April 21, 2003.

RESPECTFULLY SUBMITTED,

*/s/ Larry Warner*

LARRY WARNER
Attorney for Movant
777 E. Harrison St.
Brownsville, TX. 78520
(956) 542-4784 (956)544-5234 fax
SBOT# 20871500/USDC,SDTX 1230
Attorney for Jesus Ledezma-Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS LEDEZMA AGUILAR, | § |
| | § |
| VS. | § CAUSE #B-01-195 |
| | § |
| JANIE COCKRELL | § |

**CERTIFICATE OF CONFERENCE**

On or about April 21, 2003, at 10:30 AM Mr. Larry Warner phoned/spoke to Ms. Hayes, Assistant Attorney General re Motion to Substitute Brief, at #(512) 463 2069. and:

( ) The number was busy,

( ) No one answered.

( ) I got an answering machine and I left a message. And at 10:23 a.m Mr. Marshal called and said the government is not opposed.

(✓) The adverse party is unopposed.

( ) The adverse party is not opposed.

( ) The adverse party takes no position.

RESPECTFULLY SUBMITTED,

*Larry Warner*
LARRY WARNER
Attorney for Movant
777 E. Harrison St.
Brownsville, Tx. 78520
(956) 542-4784  (956)544-5234 fax
SBOT 20871500/USDC,SDTX 1230
Attorney for Jesus Ledezma Aguilar