IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

JESUS LEDEZMA AGUILAR, §
§
§
VS. § CAUSE #B-01-195
§
JANIE COCKRELL §

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

## MOTION FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

A hearing is requested on the Motion or Plea to which this Motion for Hearing is attached;

RESPECTFULLY SUBMITTED,

*Larry Warner*

LARRY WARNER
Attorney for Appellant
777 E. Harrison St.
Brownsville, TX. 78520
(956) 542-4784 (956)544-5234 fax
SBOT 20871500/USDC,SDTX 1230
Attorney for Jesus-Ledezma-Aguilar