*44*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 29 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

JESUS LEDEZMA AGUILAR,    §
                         §
                         §
VS.                      §    CAUSE #B-01-195
                         §
JANIE COCKRELL           §

## ORDER

BE IT REMEMBERED, that on the 28th day of April, 2003 came on to be considered the above and foregoing Motion To Substitute Brief by Movant, After consideration of the same, it is the opinion of the Court that the same be:

( ✓ ) GRANTED.

( ) DENIED, to which ruling the Movant excepts.

( ) SET FOR HEARING ON THE ____ DAY OF _____,2003, AT
____ O'CLOCK __ .M.

Signed this 28th Day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES MAGISTRATE JUDGE