IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS LEDESMA AGUILAR, § | |
| Petitioner § | |
| § | |
| V. § | CIVIL ACTION NO. B-01-195 |
| § | |
| DOUGLAS DRETKE, DIRECTOR, § | |
| Texas Department of Criminal Justice- § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

### NOTICE OF APPEAL

NOW COMES, Jesus Ledesma Aguilar, by and through his undersigned attorney, and hereby gives notice of appeal subject to the grant of a Certificate of Appealability by the United States Fifth Circuit or by the United States District Court to appeal this matter to the United States Court of Appeals for the Fifth Circuit from the denial of a writ of habeas corpus in his criminal case. Defendant Jesus Ledesma Aguilar was formally sentenced by the Court.

Dated on this 14 day of June 2004.

Respectfully submitted,

SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
David K. Sergi
Attorney for Jesus Ledesma Aguilar
State Bar No. 18036000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was furnished on June 14, 2004 to the following:

Ms. Katherine Hayes
Assistant Attorney General
Texas Attorney General's Office
Capital Litigation Division
P.O. Box 12548
Austin TX 78711

Ms. Ellen Stewart-Klein
Assistant Attorney General
Texas Attorney General's Office
Postconviction Litigation Division
P.O. Box 12548
Austin TX 78711

_____
DAVID K. SERGI