

United States District Court
Southern District of Texas
FILED

JUL 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS LEDESMA AGUILAR, § <br> Petitioner § <br> § <br> V. § <br> § <br> DOUGLAS DRETKE, DIRECTOR, § <br> Texas Department of Criminal Justice- § <br> Correctional Institutions Division, § <br> Respondent. § | CIVIL ACTION NO. B-01-195 |

## MOTION TO INCUR LAW CLERK FEES

COMES NOW, Jesus Ledesma Aguilar, by and through his attorney of record, David K. Sergi, and hereby files this motion for permission to utilize the services of a law clerk for the purpose of legal research.

As this Court is aware, counsel is involved in several 2254 cases currently pending before various U.S. District Courts in the State of Texas. Counsel has retained the services of William Pernik, a law student at the University of San Francisco, to assist counsel in researching these cases. Given the complexity and the amount of research required to litigate these types of cases, counsel believes it is cost effective and in the best interests of the Applicant, as well as the United States tax-paying public to utilize the services of a law clerk at the lower billing rate of $25.00 per hour.

As a result, counsel respectfully requests reimbursement for the services of a law clerk in the prosecution of this matter.

Respectfully submitted,

SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
David K. Sergi
Attorney for Petitioner
State Bar No. 18036000

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was mailed on July 6, 2004 via first-class mail to:

Ms. Katherine Hayes
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin TX 78711

_____
DAVID K. SERGI