IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR. | § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action B-01-195 |
| | § § | |
| JANIE COCKRELL, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE – INSTITUTIONAL DIVISION | § § § § | |
| Respondent. | § | |

## ORDER

BE IT REMEMBERED that on August 3, 2004, the court **GRANTED IN PART AND DENIED IN PART** counsel's Motion to Incur Law Clerk Fees. In his motion, attorney of record, David K. Sergi, requested permission to use the services of a law student for the purpose of legal research in the above captioned case, charged at an hourly rate of $25.00. In filing his "CJA 30 Death Penalty Proceedings: Appointment of and Authority to Pay Court Appointed Counsel" form, counsel attaches a Law Student Worksheet, which claims a total amount of $1130.00. Counsel did not seek prior approval for reimbursement of these expenses, and thus pursuant to appointment guidelines, he is limited to reimbursement for a total of $300.00. Additionally, counsel has made no showing as to why he could not seek prior approval for these expenses.

Finally, counsel premises his request for relief on the fact that it is more economical to have a law clerk perform research and other duties that the attorney would otherwise conduct. However, the Court notes that counsel is requesting payment for travel to Austin for both himself and the law clerk, thereby duplicating the expense rather than minimizing expenses incurred.

For these reasons, the Court **grants in part and denies in part** Counsel's Motion, and approves reimbursement for law clerk services in the amount of $300.

DONE at Brownsville, Texas, this 3rd day of August 2004.

                                                  _____
Hilda G. Tagle
United States District Judge