UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. Harrison St. - Room #101
Brownsville, Texas 78520

12-09-04

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

DEC 0 9 2004

Mr. Charles R. Fulbruge, III, Clerk

U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: <u>Jesus Ledesma vs. Douglas Drekte, et al.</u>

B-01-CV-195
B-99-CR-226

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified Copy of Notice of Appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ X ] Record of appeal consisting of _2_ Volume(s) of the record; ___ Volume(s) of the transcript.

[ ] OTHER_____

( ) Supplemental record consisting of_____, including updated document_

In regard to the notice of appeal, the following information is furnished:

[ ] This case is proceeding in forma pauperis.

[x ] Although the Court of Appeals docket fee was not paid (Court appointed Counsel)

[x ] U.S. District Judge entering final judgment is _Judge Tagle_____

[x ] Court reporter assigned to this case is __Heather Hall_____

[ x ] If criminal case, number and names of defendants: ___B-95CR-226_____

[ x ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours.

BY: *Dahlila Ahumada*
Dahlila Ahumada

cc: File
David Kenneth Sergi
Larry Warner
Genne Blount Blunn
Katherine D. Hayes
US Court of Appeals