IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JESUS LEDESMA AGUILAR. § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action B-01-195 |
| § | |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE – INSTITUTIONAL DIVISION § | |
| § | |
| Respondent. § | |

## ORDER

BE IT REMEMBERED that on December 8, 2004, the court **ADOPTED** the Magistrate Judge's Report and Recommendation ("R&R") in the above-referenced cause of action [Dkt. No. 52]. After a *de novo* review of the R&R, the Court determines Petitioner Aguilar's Motion for Certificate of Appealability [Dkt. No. 50] is **GRANTED in part and DENIED in part**. Additionally, Aguilar's Motion for Certificate of Appealability is **GRANTED** with respect to his seventh ground for relief in which he contends the state trial court's refusal to give a lesser included offense instruction to the jury violated his right to due process of law. Aguilar's Motion for Certificate of Appealability is **DENIED** with respect to all other claims for relief.

Petitioner's "Motion to Reconsider *Beck* Claim" [Dkt. No. 49] is **DENIED** because the Court stands by its earlier decision and has already considered the arguments raised in its order granting in part and denying in part Aguilar's Petition for Writ of Habeas Corpus. *See* Court's Order [Dkt. No. 46]. Furthermore, other than reiterating his previous arguments, Petitioner has presented no arguments concerning why this Court should reconsider its decision to deny his petition on the *Beck* claim. The Court granted Petitioner's Motion for Certificate of Appealability on the *Beck* claim, and as a

result Petitioner will have an opportunity to present his *Beck* arguments to the Fifth Circuit on review of this claim.

DONE at Brownsville, Texas, this 8th day of December, 2004.

Hilda G. Tagle
United States District Judge