IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR | § | CAUSE #B-01-CV-195 |
| Petitioner | § | |
| VS. | § | |
| | § | |
| DOUGLAS DRETKE, DIRECTOR OF THE | § | **CAPITAL LITIGANT** |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE CORRECTIONAL | § | |
| INSTITUTION DIVISION, | § | |
| Respondent | § | CAUSE #B-95-CR-226 |

## NOTICE OF APPEAL

JESUS LEDESMA AGUILAR, Petitioner gives Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the decision of the United States District Court for the Southern District of Texas, Brownsville Division, denying his motion to vacate sentence pursuant to 28 USC 2254, but granting him a Certificate of Appealability as to his seventh ground for relief.

Petitioner gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the decision of the United States District Court for the Southern District of Texas, Brownsville Division, denying his Motion Pursuant to 28 USC 2254 and denying his certificate of appealability "with respect to all other [than the seventh ground] claims for relief"; this appeal is based on an application to the Court of Appeals for a Certificate of Appealability.

A true copy of the decision of the United States District

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR | § | CAUSE #B-01-CV-195 |
| Petitioner | § | |
| VS. | § | |
| | § | |
| DOUGLAS DRETKE, DIRECTOR OF THE | § | **CAPITAL LITIGANT** |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE CORRECTIONAL | § | |
| INSTITUTION DIVISION, | § | |
| Respondent | § | CAUSE #B-95-CR-226 |

### CERTIFICATE OF SERVICE

I certify that I had delivered a copy of the foregoing **NOTICE OF APPEAL** to Ms. Hayes, counsel of record for respondent, and whose address is Capital Litigation Division P.O. Box 12548 Capital Station Austin TX 78711, (512) 463-2069, on December 20, 2004.

LAW OFFICE OF LARRY WARNER
RESPECTFULLY SUBMITTED,
December 20, 2004

By: *[signature]*

LARRY WARNER
777 EAST HARRISON
BROWNSVILLE, TEXAS 78520
TEL#(956) 542-4784
FAX#(956) 544-5234
STATE BAR #20871500/USDC 1230
ATTORNEY FOR JESUS LEDESMA AGUILAR

Page -3-

Court for the Southern District of Texas, , Brownsville Division, is attached to this Notice of Appeal and made a part thereof.

                      LAW OFFICE OF LARRY WARNER
                      RESPECTFULLY SUBMITTED,
                      December 20, 2004

By: _____
LARRY WARNER
777 EAST HARRISON
BROWNSVILLE, TEXAS 78520
TEL#(956) 542-4784
FAX#(956) 544-5234
STATE BAR #20871500/USDC 1230
ATTORNEY FOR JESUS LEDESMA AGUILAR