UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. Harrison St. - Room #101
Brownsville, Texas 78520
01/04/05

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

JAN 0 4 2005

Michael N. Milby
Clerk of Court

Mr. Charles R. Fulbruge, III, Clerk

U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: <u>Jesus Ledesma Aguilar vs. Janie Cockrell</u>

B-01-cv-195
B-99-cr-226

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified Copy of Notice of Appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___Volume(s) of the record; ___ Volume(s) of the transcript.

[ ] OTHER_____

(X) Supplemental record consisting of
<u>State Records Box 1 and 2</u>, including updated document

In regard to the notice of appeal, the following information is furnished:

[x] This case is proceeding in forma pauperis (Court Appointed Counsel)

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[x] U.S. District Judge entering final judgment is __Hilda Tagle_____

[x] Court reporter assigned to this case is __Heather Hall_____

[x] If criminal case, number and names of defendants: ___1:95-CR-226_____

[x] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours.

BY: *Dahlila Ahumada*
Dahlila Ahumada

cc:
File
U.S.C.A.
David Kenneth Sergi

Larry Warner
Genne Blount Blunn
Katherine D. Hayes