# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
October 12, 2005

Charles R. Fulbruge
Clerk

United States District Court
Southern District of Texas
FILED

JAN 0 3 2006

Michael N. Milby
Clerk of Court

No. 04-70025

D.C. Docket No. 1:01-CV-195

JESUS LEDESMA AGUILAR

    Petitioner - Appellant

v.

DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

    Respondent - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

### J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: DEC 2 1 2005

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B. Short
Deputy

New Orleans, Louisiana  DEC 2 1 2005

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 21, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 04-70025 Aguilar v. Dretke
         USDC No. 1:01-CV-195

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

          By: *Sabrina B. Short*
               Sabrina B. Short, Deputy Clerk
               504-310-7700

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Larry L Warner
    Ms Katherine D Hayes

MDT-1