# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 30, 2006

United States District Court
Southern District of Texas
FILED

FEB 0 1 2006

Michael N. Milby
Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 04-70025 Aguilar v. Dretke
    USDC No. 1:01-CV-195

The following is (are) returned:

Original Record on Appeal, ( 3 ) Vols.

Original Exhibits,  ( 2 ) Boxes    ( ) Env.
                    ( ) Package  ( ) Roll

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

By: _____
        Monica Washington, Deputy Clerk
        504-310-7705