U.S. COURT OF APPEALS
**FILED**
MAY 19 2006

CHARLES R. FULBRUGE III
CLERK

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

MAY 22 2006



William K. Suter
Clerk of the Court
(202) 479-3011

May 15, 2006

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Jesus Ledesma Aguilar
        v. Doug Dretke, Director, Texas Department of Criminal Justice,
        Correctional Institutions Division
        No. 05-9730
        (Your No. 04-70025)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                                    Sincerely,

                                    *William K. Suter*

                                    William K. Suter, Clerk