# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

| | |
|---|---|
| **CHARLES R. FULBRUGE III**<br>**CLERK** | **TEL. 504-310-7700**<br>**600 S. MAESTRI PLACE**<br>**NEW ORLEANS, LA 70130** |

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

May 19, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 04-70025 Aguilar v. Dretke
      USDC No. 1:01-CV-195

Enclosed is a copy of the Supreme Court order denying certiorari.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By: _Charlene A. Vogelaar_
           Charlene Vogelaar, Deputy Clerk
           504-310-7648

MDT-1