

| | | |
|---|---|---|
| "USCA5 Case Processing" <USCA5_CaseProcessing@ca5.uscourts.gov> | To | "Michael Milby" <Butch_Barbosa@txs.uscourts.gov> |
| 05/19/2006 06:04 PM | cc | |
| Please respond to "USCA5 Case Processing" <USCA5_CaseProcessing@ca5.uscourts.gov> | bcc | |
| | Subject | Activity in case 04-70025 Aguilar v. Dretke, Spct order dn cert received |

United States Court of Appeals, 5th Circuit

Notice of case processing

The following entry was docketed:

Case number: 04-70025
Case name: Aguilar v. Dretke
Lower court: 1:01-CV-195

Docket text:
05/19/06 Supreme Court order received denying petition certiorari [5399664-1] by Appellant Jesus Ledesma Aguilar in 04-70025, petition certiorari [5399664-1] by Appellant Jesus Ledesma Aguilar in 04-70055 on 05/15/06. [04-70025, 04-70055]

See attached documents.



5453327.pdf   mdt1form.rtf.wpd.pdf