NO. 1:01-cv-195
[Ct. App. No. 04-70025]

United States District Court
Southern District of Texas
FILED

AUG 16 2006

Michael N. Milby, Clerk of Court

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF APPOINTMENT OF
COUNSEL ON BEHALF OF
JESUS LEDESMA AGUILAR,

Petitioner,

and

J. THOMAS SULLIVAN,

Real Party in Interest.

### REQUEST FOR COMPENSATION FOR SERVICES RENDERED BY APPOINTED COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

This motion is brought by J. THOMAS SULLIVAN, Attorney at Law and counsel appointed by this Court to represent JESUS LEDESMA AGUILAR, a petitioner before this Court executed by the State of Texas pursuant to law on May 24, 2006. SULLIVAN is the Real Party in Interest in this action and moves the Court to order compensation for services the Real Party in Interest provided to the petitioner, JESUS LEDESMA AGUILAR, pursuant to the order of this Court entered on January 2 , 2006. In support of this motion, counsel would show the following:

1

1. Counsel is licensed to practice law in the State of Texas and before the United States Supreme Court and United States Court of Appeals for the Fifth Circuit. Counsel has previously represented clients charged with capital offenses in the trial of death penalty cases in the state and federal courts in Arkansas and has represented capital defendants on appeal and in post-conviction matters in cases in which the sentence of death has been imposed in the state courts of Texas and New Mexico, the United States District Court for the Northern District of Texas, the United States Court of Appeals for the Fifth Circuit and the United States Supreme Court. Counsel serves as the Judge George Howard, Jr. Distinguished Professor of Law at the William H. Bowen School of Law, University of Arkansas at Little Rock.

2. Counsel accepted appointment at the request of the Court following discharge of prior appointed counsel during the course of proceedings brought pursuant to 28 U.S.C. § 2254 following denial of rehearing by the Fifth Circuit Court of Appeals on December 13, 2005. At the time of appointment, Petitioner Aguilar's petition for writ of certiorari to review the decision of the circuit court was due to be filed in the United States Supreme Court within approximately 45 days, instead of the regular 90 day time limit for filing from the date of denial of rehearing.

3. Recognizing the need for additional support for appointed counsel, this Court appointed Jon Karl Schmid, an attorney licensed to practice in the State of Texas having offices in Brownsville, Texas, to serve as local counsel and assist Sullivan in the representation of Petitioner Aguilar in these proceedings.

4. Sullivan, undersigned counsel and Real Party in Interest, has now submitted a completed form CJA 30 and supporting materials, including paper copies of all pleadings and motions filed on behalf of Petitioner Aguilar subsequent to counsel's appointment, requesting compensation at the presumptive regular rate established by the court of appeals at $163.00 per hour. Counsel's request for compensation exceeds the presumptive maximum for representation established by the court in capital post-conviction proceedings.

5. Sullivan, undersigned counsel moves the Court find that the work performed by him pursuant to his appointment by this Court constitutes reasonable and necessary work required to afford Petitioner Aguilar representation contemplated by the language of 18 U.S.C. § 3599. This section expresses the legislative intent to ensure that state petitioners subject to execution are afforded competent and effective representation in all

available post-conviction proceedings and executive process prior to execution.

6. Based on particular facts and legal developments surrounding representation in this case, Sullivan moves the Court review counsel's letter offered in support of the form CJA 30 and supporting documentation and enter an order compensating counsel for work performed pursuant to his appointment in compliance with the provisions of 18 U.S.C. § 3599 governing appointment of counsel for death row inmates.

Respectfully submitted this 26th day of July, 2006.

> J. Thomas Sullivan
> Attorney at Law
> P.O. Box 17007
> Little Rock, Arkansas 72222
> 501/324-9940